| | |
|---|---|
| **FOX ROTHSCHILD LLP**<br>Trey A. Monsour, Esq.<br>State Bar No. 14277200<br>2501 N. Harwood Street, Suite 1800<br>Dallas, TX 75201-1613<br>Telephone: (214) 231-5796<br>Email: tmonsour@foxrothschild.com<br><br>**LOWENSTEIN SANDLER LLP**<br>Michael A. Kaplan, Esq.<br>*(Admitted Pro Hac Vice)*<br>Brent Weisenberg, Esq.<br>*(Admitted Pro Hac Vice)*<br>Colleen M. Restel, Esq.<br>*(Admitted Pro Hac Vice)*<br>One Lowenstein Drive<br>Roseland, NJ 07068<br>Telephone: (973) 597-2500<br>Email: mkaplan@lowenstein.com<br>Email: bweisenberg@lowenstein.com<br>Email: crestel@lowenstein.com | **LOWENSTEIN SANDLER LLP**<br>Jeffrey L. Cohen, Esq.<br>*(Admitted Pro Hac Vice)*<br>Eric Chafetz, Esq.<br>*(Admitted Pro Hac Vice)*<br>Phillip Khezri, Esq.<br>*(Admitted Pro Hac Vice)*<br>1251 Avenue of the Americas, 17th Floor<br>New York, NY 10020<br>Telephone: (212) 262-6700<br>Email: jcohen@lowenstein.com<br>Email: echafetz@lowenstein.com<br>Email: pkhezri@lowenstein.com |

*Counsel for the Official Committee of Unsecured Creditors*

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## FORT WORTH DIVISION

| | |
|---|---|
| *In re*:<br><br>TUESDAY MORNING CORPORATION, et al.,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 23-90001 (ELM)<br><br>(Jointly Administered) |
| THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS,<br><br>Plaintiff, | Adv. Pro. No. 23-09004 (ELM) |

---

[1] The Debtors in these Chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are Tuesday Morning Corporation (8532); TMI Holdings, Inc. (6658); Tuesday Morning, Inc. (2994); Friday Morning, LLC (3440); Days of the Week, Inc. (4231); Nights of the Week, Inc. (7141); and Tuesday Morning Partners, Ltd. (4232). The location of the Debtors' service address is 6250 LBJ Freeway, Dallas, Texas 75240.

|   |
|---|
| v.<br><br>TASCR VENTURES CA, LLC; TASCR VENTURES, LLC; TM21, LLC; AYON CAPITAL, L.L.C.; RETAIL ECOMMERCE VENTURES LLC; FRED HAND; PAUL METCALF; MARC KATZ; BRIGHAM DELL YOUNG (A/K/A DELL YOUNG); PHILLIP HIXON; WILLIAM BAUMANN; SHELLY TROSCLAIR; MALINDA CODAY (A/K/A/ MINDI CODAY); JENNYFER BARBER GRAY; MARTIN LEWIS; and LOUIS ANSARA<br><br>Defendants. |

## NOTICE OF DISMISSAL OF ADVERSARY PROCEEDING WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), made applicable to this Adversary Proceeding pursuant to Federal Rule of Bankruptcy Procedure 7041, Plaintiff, the Official Committee of Unsecured Creditors appointed in the bankruptcy cases of the above-captioned debtors and debtors in possession, voluntary dismisses the above-captioned adversary proceeding with prejudice.

**FOX ROTHSCHILD LLP**

Dated: July 31, 2023

*/s/ Trey A. Monsour*
Trey A. Monsour, Esq.
2501 N. Harwood Street, Suite 1800
Dallas, Texas 75201-1613
Telephone: (214) 231-5796
Email: tmonsour@foxrothschild.com

-and-

**LOWENSTEIN SANDLER LLP**
Jeffrey L. Cohen, Esq.
Eric Chafetz, Esq.
Phillip Khezri, Esq.
1251 Avenue of the Americas, 17th Floor
New York, New York 10020

-2-

148003537.1

Telephone: (212) 262-6700
Email: jcohen@lowenstein.com
Email: echafetz@lowenstein.com
Email: pkhezri@lowenstein.com

-and-

Michael A. Kaplan, Esq.
Brent Weisenberg, Esq.
Colleen M. Restel, Esq.
One Lowenstein Drive
Roseland, New Jersey 07068
Telephone: (973) 597-2500
Email: mkaplan@lowenstein.com
Email: bweisenberg@lowenstein.com
Email: crestel@lowenstein.com

*Counsel to the Official Committee of Unsecured Creditors*